IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:21-cv-00177-BO

BALD HEAD ISLAND LIMITED, LLC;
MITCHELL ISLAND INVESTMENTS, INC.,

    Plaintiffs,

v.

IRONSHORE SPECIALTY INSURANCE COMPANY,

    Defendant.

**PLAINTIFF, MITCHELL ISLAND INVESTMENTS, INC.'s RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDUCE**

Plaintiff, Mitchell Island Investments, Inc. ("Mitchell Island"), by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby files this Notice of Voluntary Dismissal with Prejudice of its claims against Defendant, Ironshore Specialty Insurance Company. Plaintiff, Bald Head Island Limited, LLC's ("Plaintiff"), claims against Defendant, Ironshore Specialty Insurance Company, remain pending.

Dated: July 12, 2022.

        **MERLIN LAW GROUP, P.A.**

        */s/ Beaujeaux de Lapouyade*
        Beaujeaux de Lapouyade, Esq.
        North Carolina Bar No. 51255
        777 S. Harbour Island Blvd., Suite 950
        Tampa, FL 33602
        Tel: (813) 229-1000/Fax: (813) 229-3692
        bdelapouyade@merlinlawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on *July 12, 2022*, a true and accurate copy of the foregoing *Mitchell Island Investments, Inc.'s, Rule 41(a)(1)(A)(i) Notice of Voluntary Dismissal with Prejudice* was electronically filed with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record as follows:

T. Nicholas Goanos, Esq.<br>
Roman C. Harper, Esq.<br>
11605 N. Community House Road, Suite 150<br>
Charlotte, North Carolina 28277<br>
tgoanos@butler.legal<br>
rharper@butler.legal

                                         */s/ Beaujeaux de Lapouyade*
                                         Beaujeaux de Lapouyade
                                         **MERLIN LAW GROUP, P.A.**
                                         *Attorney for Plaintiff*